In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ISIDOR SACHS, an Attorney and Counselor at Law.— Matter referred to Honorable Isaac M. Kapper, Official Referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

ROBERT MERRITT KING, an Infant, etc., and JAMES KING, Respondents, v. CORA M. DREDGER and MARGARET E. KOONS, Appellants.— Motion for leave to appeal to the Appellate Division and for a stay granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

MODERN INVESTMENT & LOAN CORPORATION, Respondent, v. HARRY H. COHEN and Another, Defendants; JAY COHEN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

BENJAMIN ALESHIN, Respondent, v. ANDREW BUCZAK and MARY BUCZAK, Appellants.— Plaintiff called at defendants' house to serve on defendant Andrew Buczak a court order, and defendants assaulted him. He sustained personal injuries, and brought this action in the County Court of Nassau county. A jury awarded plaintiff a verdict of $1,500. From the judgment entered thereon defendants appeal, claiming that they did not receive a fair trial and that the verdict is excessive. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

JAMES W. ANDREWS, as Trustee in Bankruptcy of the Estate of FRANK SHANNON, Bankrupt, Appellant, v. WESTCHESTER RACING ASSOCIATION, and WALTER KEENAN and CENTRAL HANOVER BANK & TRUST COMPANY, Sole Executors, etc., of JOHN G. CAVANAGH, Deceased, Respondents.— Order denying in part the examination of defendant Westchester Racing Association, denying conditionally the production of that defendant's books, records, papers, etc., and providing for that defendant's examination by its president or secretary-treasurer, affirmed, in so far as appealed from, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.

SARAH BANK, HERMAN BANK, EDITH KAHN, FRED KAHN, PHYLLIS BANK, by SARAH BANK, Her Guardian ad Litem, Appellants, v. MARIE FALLON, Respondent, and ELEANOR DWYER, Defendant.— Action to recover damages for personal injuries claimed to have been sustained by Sarah Bank, Edith Kahn and Phyllis Bank; for property damage sustained by Sarah Bank; and for loss of services sustained by Herman Bank, the husband of Sarah Bank, and for medical expenses, etc., for his daughter Phyllis, and for loss of services sustained by Fred Kahn, the husband of Edith Kahn. Judgment dismissing complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.